1  MICHELE BECKWITH
2  Acting United States Attorney
   MATHEW W. PILE
3  Associate General Counsel
   Office of Program Litigation, Office 7
4  JUSTIN L. MARTIN, Missouri State Bar No. 62255
5  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
6  Office of the General Counsel
   Social Security Administration
7  6401 Security Boulevard
8  Baltimore, MD 21235-6401
   Telephone: (206) 615-3735
9  Email: Justin.L.Martin@ssa.gov

10 Attorneys for Defendant

11

12 UNITED STATES DISTRICT COURT

13 EASTERN DISTRICT OF CALIFORNIA

14 FRESNO DIVISION

15 | GABRIELA LIZZET ALVAREZ, | ) CIVIL NO. 1:25-cv-00045-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION & UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| LELAND DUDEK, Acting Commissioner of Social Security,[1] | ) |
| Defendant. | ) **(Doc. 11)** |

21  IT IS HEREBY STIPULATED by and between the parties, through their undersigned
22 attorneys, and with the approval of the Court, that this action be remanded for further
23 administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),
24 sentence four. On remand, the Appeals Council will remand the case to an administrative law judge
25 (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION TO REMAND; 1:25-cv-00045-SKO

to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  March 14, 2025         /s/ *Jonathan Omar Peña*\*
                              JONATHAN OMAR PEÑA
                              (\*as authorized via e-mail on March 14, 2025)
                              Attorney for Plaintiff

                              MICHELE BECKWITH
                              Acting United States Attorney

                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation, Office 7

DATE: March 14, 2025          By: /s/ *Justin L. Martin*
                              JUSTIN L. MARTIN
                              Special Assistant United States Attorney
                              Office of Program Litigation, Office 7
                              Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 11), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

//

//

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall close the case.

IT IS SO ORDERED.

Dated:   **March 17, 2025**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE