Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Gabriela Lizzet Alvarez

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GABRIELA LIZZET ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISGNANO,[1] Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-00045-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER**<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of ONE THOUSAND SEVENTY DOLLARS and 32/100 ($1,070.32) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth
2  does not exceed $2,000,000 at the time the civil action was filed.
3  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the
4  matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Under *Astrue v. Ratliff*, 130 S.
5  Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to
6  offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should
7  therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA
8  fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his
9  attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury
10 Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA
11 fees will be made payable to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm,
12 PEÑA & BROMBERG, PC. However, if there is a debt owed under the Treasury Offset Program, the
13 Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining
14 EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff,
15 but delivered to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA &
16 BROMBERG, PC.
17  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
18 fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or
19 otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and
20 all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney
21 fees in connection with this action.
22  The parties further agree that the EAJA award is without prejudice to the right of Plaintiff's
23 attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to
24 the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).
25  //
26  //
27  //
28

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 18, 2025 | | /s/ *Jonathan O. Peña* |
| | | JONATHAN O. PEÑA |
| | | Attorney for Plaintiff |

Dated: June 18, 2025            MICHELLE BECKWITH
                                Acting United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation
                                Social Security Administration

                            By:  _*_ *Justin Lane Martin*
                                Justin Lane Martin
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant
                                (*Permission to use electronic signature
                        obtained via email on June 18, 2025).

-3-

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses, (Doc. 14), **IT IS ORDERED** that fees and expenses in the amount of $1,070.32 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **June 18, 2025**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE